

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-13-00332-CV

**IN RE** Linda **LEESER**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Catherine Stone, Chief Justice
Marialyn Barnard, Justice
Luz Elena D. Chapa, Justice

Delivered and Filed: June 5, 2013

PETITION FOR WRIT OF MANDAMUS DENIED

On May 28, 2013, Relator Linda Leeser filed a petition for writ of mandamus, complaining the trial court abused its discretion in entering temporary orders that were signed on May 16, 2013. However, mandamus will issue only to correct a clear abuse of discretion for which the relator has no adequate remedy by appeal. *See In re Prudential Ins. Co. of Am.*, 148 S.W.3d 124, 135 (Tex. 2004) (orig. proceeding). Based on the record before us, we conclude Leeser did not establish the trial court abused its discretion in entering the May 16, 2013 temporary orders. Therefore, the petition for writ of mandamus is DENIED. TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2006-CI-14491, styled *In the Interest of S.O.L.*, pending in the 150th Judicial District Court, Bexar County, Texas, the Honorable Janet Littlejohn, presiding. However, the order complained of was signed by the Honorable Eugenia "Genie" Wright presiding judge of County Court No. 7, Bexar County, Texas.